IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:09cr43-SPM

MICHAEL TODD WATTERS,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 36) is granted. The sentencing hearing is reset for 1:30 p.m. on Monday, December 21, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 13th day of November, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge